UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:23-cr-00132 |
| | ) | JUDGE RICHARDSON |
| IDEN SALMAN | ) | |

**ORDER**

Due to a delay in the preparation of the Presentence Report, and to comply with Fed. R. Crim. P. 32(e)(2), the sentencing hearing scheduled for February 3, 2025, at 1:00 p.m. is **canceled** and will be rescheduled consistent with the time of the disclosure of the Presentence Report.

The U.S. Probation Office shall notify Chambers staff by e-mail at Richardson_Chambers@tnmd.uscourts.gov when the Presentence Report is disclosed to the parties.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE